AO 91 (Rev. 08/09) Criminal Complaint

FILED BY _____ D.C.

FEB 0 1 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America <br> v. <br> Jacoby Karmaren Smith, <br><br> Defendant(s) | ) ) ) ) ) ) ) <br> Case No. 24-MJ-6048-AOV |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 31, 2024__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(a)(6) and 2. | False Statements During a Firearms Purchase. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Tiara Taylor* (Digitally signed by Tiara Taylor, Date: 2024.02.01 10:52:30 -05'00')

*Complainant's signature*

Tiara Taylor, Special Agent, ATF
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by _____

Date: 2/1/2024

*Judge's signature*

City and state: Fort Lauderdale, Florida         Honorable Alicia O. Valle, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Tiara M. Taylor, being duly sworn, depose and state that:

## INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent with the United States Department of Justice's Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), where I have been employed since March 2023. I am currently assigned to the Miami Field Office of the ATF. As a Special Agent, I investigate crimes involving straw purchases of firearms. I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2150(7); that is, I am an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Title 18 of the United States Code.

2. I submit this affidavit for the limited purpose of establishing probable cause that **Jacoby Karmaren SMITH** committed violations of Title 18, United States Code, Sections 922(a)(6) (false statements during a firearms purchase) and 2, on or about January 31, 2024.

3. I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation, discussions with other law enforcement officials, and from my review of records, witness statements, and reports relating to the investigation. This Affidavit is intended to show merely there is sufficient probable cause for the requested criminal complaint and does not set forth all my knowledge about this matter.

4. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of an arrest warrant, it does not contain every material fact currently known by me related to this investigation; however, no information known to me that would tend to negate probable cause has been withheld from this affidavit.

1

## PROBABLE CAUSE

5. On November 17, 2023, "A.C.", an individual known to law enforcement as a straw purchaser of firearms, purchased a firearm from Kings Pawn, a federal firearms license dealer ("FFL"), located at 207 NW 7th Ave, Fort Lauderdale, Florida 33311. On November 28, 2023, Special Agent Keese of the ATF was notified of the purchase due to a NICS flag that had been placed on A.C. On November 29, 2023, ATF agents went to King's Pawn to collect additional documents and information regarding A.C.'s transactions as well as any surveillance footage. While reviewing the surveillance video for A.C.'s purchase of firearms on October 3, 2023, Special Agent Keese observed in the footage an individual suspected of being A.C. parking a blue Kia in the store's parking lot.

6. On December 20, 2023, while conducting surveillance at Regal Trace apartments located at 540 NW 4th Ave, Fort Lauderdale, FL 33311, Special Agent Keese observed a blue Kia (bearing Florida license plate number BV0 6RT) that appeared to be similar to the blue Kia observed in the surveillance video from October 3, 2023. The blue Kia observed was registered to W.G.[1], at 540 NW 4th Ave, Apt. 213, Fort Lauderdale, FL 33311. Shortly thereafter, Special Agent Keese observed a black male, who was later identified as A.C., walking to the blue Kia.

### A. *January 31, 2024 Purchase of Firearms*

8. On January 31, 2024, A.C. drove to SMITH's grandmother's house to pick SMITH up. A.C. drove SMITH to U.S. Pawn, located at 400 W Sunrise Blvd, Fort Lauderdale, Florida 33311. Upon arrival to U.S. Pawn, A.C. exited the vehicle, entered the business, and began viewing firearms to purchase, while SMITH waiting in A.C.'s vehicle. A.C. took pictures of the firearms with his cellphone while in the store and sent them to SMITH's cellphone, asking SMITH to advise

---

[1] The investigation revealed that W.G. is A.C.'s mother.

on whether to purchase the firearms. SMITH advised A.C. to purchase four (4) Taurus G2 9-millimeter firearms. A.C. then went to the vehicle where SMITH was waiting and collected cash from SMITH to purchase the firearms.

9. Once A.C. collected the money from SMITH, A.C. went back inside the business and purchased the four (4) Taurus G2 9-millimeter firearms. After A.C. purchased the firearms, he returned to the vehicle where SMITH was waiting and handed SMITH the firearms. Special Agents then executed a stop and interdicted the firearms in the parking lot of U.S. Pawn. A.C. and SMITH were detained.

10. SMITH was taken to the ATF's field office in Ft. Lauderdale, Florida for an interview. In an audio-recorded, post-*Miranda* interview, SMITH admitted that he had provided A.C. with money to purchase firearms and admitted that the firearms were being purchased to be transferred to another individual.

11. In connection with the acquisition of each of the firearms above purchased on January 31, 2024, SMITH did knowingly aid, abet, counsel, command, induce, procure, and willfully caused A.C. to knowingly made a false statement and representation in an ATF Form 4473, which was intended to and likely deceived the FFL with respect to a fact material to the lawfulness of the acquisition of the firearms, in that A.C. was the actual buyer of the firearms, when in truth and in fact, and as A.C. then and there well knew, A.C. was acquiring the firearms on behalf of SMITH to be transferred to other individuals.

## CONCLUSION

Based on the foregoing information and probable cause, I respectfully request that there exists probably cause to believe that SMITH committed violations of Title 18, United States Code, Sections 922(a)(6) (false statement during a firearms purchase) and 2.

**Tiara Taylor**
Digitally signed by Tiara Taylor
Date: 2024.02.01 10:53:36 -05'00'

Tiara Taylor, Special Agent
Miami Field Office
Bureau of Alcohol, Tobacco, Firearms & Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime, on this 1st day of February 1, 2024, at Fort Lauderdale, Florida.

HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: JACOBY KARMAREN SMITH

Personal Surety Bond with Special Conditions
(**Personal Surety**) (Corporate Surety) (Cash) (Pre-Trial Detention)

By:  /s/ *Aisha Schafer Hylton*
AUSA:   Aisha Schafer Hylton

Last Known Address: 718 NW 15th Ave.

Ft. Lauderdale, Florida 33311

What Facility: _____

Agent(s):   Tiara Taylor
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
Bureau of Alcohol, Tobacco & Firearms